### KERR v. SUNSTRUM.

Opinion filed February 20, 1907.

Appeal from District Court, McLean County; *Winchester, J.*

Action by O. W. Kerr against P. A. Sunstrum. Judgment for defendant, and plaintiff appeals.

Reversed.

*M. C. Spicer* and *Turner & Wright,* for appellant.
*Geo. P. Gibson,* for respondent.

PER CURIAM. Following the case of Kerr v. Anderson (decided at this term), 111 N. W. 614, 16 N. D. 36, the order denying the motion for a new trial is reversed, and the cause remanded for further proceedings.
(111 N. W. 614.)

### KERR v. SWANSON.

Opinion filed February 20, 1907.

Appeal from District Court, McLean County; *Winchester, J.*

Action by O. W. Kerr against Frank Swanson. Judgment for defendant, and plaintiff appeals.

Reversed and remanded.

*M. C. Spicer* and *Turned & Wright,* for appellant.
*Geo. P. Gibson,* for respondent.

PER CURIAM. Following the case of Kerr v. Anderson (decided at this term), 111 N. W. 614, 16 N. D. 36, the order denying the motion for a new trial is reversed, and the cause remanded for further proceedings.
(111 N. W. 615.)

### KERR v. HERRED.

Opinion filed February 23, 1907.

Appeal from District Court, McLean County; *Winchester, J.*

Action by O. W. Kerr against Nels O. Herred. Judgment for defendant and plaintiff appeals.